1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11
12

| | |
|---|---|
| SABINA C. HERMAN, | ) Case No. SA CV 11-1289 JCG |
| Plaintiff, | ) |
| | ) **JUDGMENT** |
| v. | ) |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

13
14
15
16
17
18
19
20

   IT IS ADJUDGED that the decision of the Commissioner of the Social

21

Security Administration is **AFFIRMED**.

22
23

DATED: November 20, 2012

24
25

_____
        Hon. Jay C. Gandhi
        United States Magistrate Judge

26
27
28